IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>TIMOTHY A. SNEED )| CIVIL ACTION NO.  2:03cv351-T |

**ORDER**

On 9 September 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that Sneed's motion filed pursuant to 28 U.S.C. § 2255 be and is hereby DENIED, because his claims are meritless.

Done this the 28th day of October 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE